UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Fontenot, Lasonya v. Bayer et al.* | *3:10-cv-11378-DRH-PMF* |
| *Harris, Sarina v. Bayer et al.* | *3:10-cv-11925-DRH-PMF* |
| *Hatcher, Tiffany v. Bayer et al.* | *3:10-cv-10684-DRH-PMF* |
| *Henderson, Lisa v. Bayer et al.* | *3:10-cv-12669-DRH-PMF* |
| *Hines, Christina v. Bayer et al.* | *3:10-cv-11429-DRH-PMF* |
| *Hobbs, Marggie v. Bayer et al.* | *3:11-cv-11500-DRH-PMF* |
| *Howering, Amy v. Bayer et al.* | *3:10-cv-10890-DRH-PMF* |
| *Jackson, Ashley Jones, B. Gail on behalf of minor v. Bayer et al.* | *3:10-cv-12668-DRH-PMF* |
| *Destiny Jones v. Bayer et al.* | *3:10-cv-11355-DRH-PMF* |
| *Knox, Shante v. Bayer et al.* | *3:10-cv-10216-DRH-PMF* |
| *Latham, Pamela v. Bayer et al.* | *3:10-cv-10675-DRH-PMF* |
| *Lay, Amanda v. Bayer et al.* | *3:11-cv-10671-DRH-PMF* |
| *Mack, Wanda v. Bayer et al.* | *3:10-cv-12010-DRH-PMF* |
| *McCloskey, Devin v. Bayer et al.* | *3:10-cv-12695-DRH-PMF* |
| *Messina, Amee v. Bayer et al.* | *3:10-cv-11399-DRH-PMF* |
| *Musgrave, Yolinde v. Bayer et al.* | *3:10-cv-12764-DRH-PMF* |
| *Nettles, Kimberly v. Bayer et al.* | *3:10-cv-13606-DRH-PMF* |

| | |
|---|---|
| *Nobles, Ruth v. Bayer et al.* | *3:10-cv-11989-DRH-PMF* |
| *Ogle, Christina v. Bayer et al.* | *3:10-cv-12040-DRH-PMF* |
| *Peterson, Shana v. Bayer et al.* | *3:10-cv-11327-DRH-PMF* |
| *Peterson, Shawn v. Bayer et al.* | *3:10-cv-12061-DRH-PMF* |
| *Petmecky, Tracy v. Bayer et al.* | *3:10-cv-12060-DRH-PMF* |
| *Phillips, Lakeisha v. Bayer et al.* | *3:10-cv-12057-DRH-PMF* |
| *Price, Montana v. Bayer et al.* | *3:10-cv-11615-DRH-PMF* |
| *Ramirez, Jerra v. Bayer et al.* | *3:10-cv-10687-DRH-PMF* |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 16, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Cheryl A. Ritter*
Deputy Clerk

**Dated:** December 16, 2014

Digitally signed by David R. Herndon
Date: 2014.12.16 13:42:20 -06'00'

**APPROVED:**
**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**

2